# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Montague Aaron McMillan**　　　　　　　　**Docket No. 5:20-CR-334-8BO**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Montague Aaron McMillan, who was placed under pretrial release supervision by the Honorable Brian S. Meyers, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 26th day of February, 2021.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 26, 2021, the defendant was released on pretrial conditions to include a condition restricting the defendant's travel to the Eastern District of North Carolina and for the defendant not to use narcotic drugs. On March 1, 2021, the defendant submitted a urine screen that tested positive for marijuana. When confronted with the results, the defendant signed an admission of drug use advising that he used marijuana on February 28, 2021. The defendant has been referred for a substance abuse assessment and we will monitor his drug use through the Surprise Urinalysis Program.

In reference to the condition restricting the defendant's travel to the Eastern District of North Carolina, the defendant is employed by Butterball, LLC, which is located within the Middle District of North Carolina. We have verified that the defendant has retained his employment at Butterball, LLC, and we would request that the defendant be allowed to travel within the Middle District of North Carolina for employment purposes.

**PRAYING THAT THE COURT WILL ORDER** that the defendant's pretrial release conditions be modified to allow travel to the Middle District of North Carolina for employment purposes.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Senior U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2538
Executed On: March 1, 2021

### ORDER OF THE COURT

Considered and ordered the ___2nd___ day of ___March___, 2021, and ordered filed and made part of the records in the above case.

_____
Brian S. Meyers
U.S. Magistrate Judge